# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

|   | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Ainslie, James | NY | USA | N/A | N/A | N/A | Personal Injury |
| 2 | Albertson, Robert | FL | USA | N/A | N/A | N/A | Personal Injury |
| 3 | Allocca, Lawrence | NY | USA | N/A | N/A | N/A | Personal Injury |
| 4 | Angelone, Ernest | NY | USA | N/A | N/A | N/A | Personal Injury |
| 5 | Armet, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 6 | Auditore, Joseph | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 7 | Balbosa, Faye | NY | USA | N/A | N/A | N/A | Personal Injury |
| 8 | Barsa, Kathleen | NY | USA | N/A | N/A | N/A | Personal Injury |
| 9 | Beatty, Thomas | NC | USA | N/A | N/A | N/A | Personal Injury |
| 10 | Beban, Edward | NY | USA | N/A | N/A | N/A | Personal Injury |
| 11 | Beyrer, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 12 | Biscardi, Kevin | NY | USA | N/A | N/A | N/A | Personal Injury |
| 13 | Bruneus, Gerard | NY | USA | N/A | N/A | N/A | Personal Injury |
| 14 | Cafaro, Daniel | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 15 | Caldarera, Joseph A. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 16 | Canino, Anthony | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17 | Cannava, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 18 | Carosotto, Paul | NY | USA | N/A | N/A | N/A | Personal Injury |
| 19 | Castano, Vincent | NY | USA | N/A | N/A | N/A | Personal Injury |
| 20 | Cleary, John | FL | USA | N/A | N/A | N/A | Personal Injury |
| 21 | Cohen, Lawrence | NY | USA | N/A | N/A | N/A | Personal Injury |
| 22 | Colabelli, Richard | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 23 | Coon, Jay | CA | USA | N/A | N/A | N/A | Personal Injury |
| 24 | Curran, Raymond | NY | USA | N/A | N/A | N/A | Personal Injury |
| 25 | Cysner, Jacob | NY | USA | N/A | N/A | N/A | Personal Injury |
| 26 | Dailey II, Ross | NY | USA | N/A | N/A | N/A | Personal Injury |
| 27 | DelGaudio, Matthew | NY | USA | N/A | N/A | N/A | Personal Injury |
| 28 | Dennelly, Brian | NY | USA | N/A | N/A | N/A | Personal Injury |
| 29 | Deo, Jr., Paul | NY | USA | N/A | N/A | N/A | Personal Injury |
| 30 | Dioguardi, Salvatore G. | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 31 | Domenech, Kenneth | NY | USA | N/A | N/A | N/A | Personal Injury |
| 32 | Dunne, Craig W. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 33 | Dunniway, Frances | CA | USA | N/A | N/A | N/A | Personal Injury |
| 34 | Espino, Kery | NY | USA | N/A | N/A | N/A | Personal Injury |
| 35 | Farrell, Sundance | NY | USA | N/A | N/A | N/A | Personal Injury |
| 36 | Finkelstein, Janice | NY | USA | N/A | N/A | N/A | Personal Injury |
| 37 | Foley, Michael | PA | USA | N/A | N/A | N/A | Personal Injury |
| 38 | Formey, Judy | NY | USA | N/A | N/A | N/A | Personal Injury |
| 39 | Gonzalez, Lourdes | NY | USA | N/A | N/A | N/A | Personal Injury |
| 40 | Guinsburg, Tiago | NJ | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 41 | Guy, Kevin | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 42 | Hall Jr., James | NC | USA | N/A | N/A | N/A | Personal Injury |
| 43 | Healey, Dennis | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 44 | Hernandez, Daniel | NY | USA | N/A | N/A | N/A | Personal Injury |
| 45 | Herrmann, Laurie | NY | USA | N/A | N/A | N/A | Personal Injury |
| 46 | Ingrasselino, Donald | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 47 | Ioveno, Paul | NY | USA | N/A | N/A | N/A | Personal Injury |
| 48 | Jackson, Andrew | SC | USA | N/A | N/A | N/A | Personal Injury |
| 49 | Kahaly, Sr., Robert J. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 50 | Kane, Jr., James | NY | USA | N/A | N/A | N/A | Personal Injury |
| 51 | Kunkin, Louis | AZ | USA | N/A | N/A | N/A | Personal Injury |
| 52 | Lieberman, Stewart | FL | USA | N/A | N/A | N/A | Personal Injury |
| 53 | Lissaris, John | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 54 | Longo, Carmine | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 55 | Mareiniss, Judy | NY | USA | N/A | N/A | N/A | Personal Injury |
| 56 | McCann, Stacy | NY | USA | N/A | N/A | N/A | Personal Injury |
| 57 | McCauley, Margaret | NY | USA | N/A | N/A | N/A | Personal Injury |
| 58 | McClutchy, Harold | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 59 | McCullough, Edward | NY | USA | N/A | N/A | N/A | Personal Injury |
| 60 | McDowell, Conrad | NY | USA | N/A | N/A | N/A | Personal Injury |
| 61 | McEntee, James P. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 62 | Mejia, Guillermina | FL | USA | N/A | N/A | N/A | Personal Injury |
| 63 | Montera, Anthony | NY | USA | N/A | N/A | N/A | Personal Injury |
| 64 | Mulligan, John | NJ | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 65 | O'Donnell, Patrick | NY | USA | N/A | N/A | N/A | Personal Injury |
| 66 | Oakley, Richard | NY | USA | N/A | N/A | N/A | Personal Injury |
| 67 | O'Toole, Brian | NY | USA | N/A | N/A | N/A | Personal Injury |
| 68 | Pabon, Angel | FL | USA | N/A | N/A | N/A | Personal Injury |
| 69 | Pagan, Eric | NY | USA | N/A | N/A | N/A | Personal Injury |
| 70 | Penna, Edward | NY | USA | N/A | N/A | N/A | Personal Injury |
| 71 | Perez, Cesar | NY | USA | N/A | N/A | N/A | Personal Injury |
| 72 | Phillips, Edward | NY | USA | N/A | N/A | N/A | Personal Injury |
| 73 | Piccininni, Melanie | NY | USA | N/A | N/A | N/A | Personal Injury |
| 74 | Pino, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 75 | Pinsent, Patrick | MT | USA | N/A | N/A | N/A | Personal Injury |
| 76 | Ramlagan, Basbeeram | FL | USA | N/A | N/A | N/A | Personal Injury |
| 77 | Rissland, Fred | NY | USA | N/A | N/A | N/A | Personal Injury |
| 78 | Rizzo, Ralph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 79 | Robinson, Marcella | NY | USA | N/A | N/A | N/A | Personal Injury |
| 80 | Robinson, Louis | NY | USA | N/A | N/A | N/A | Personal Injury |
| 81 | Roche, James | NY | USA | N/A | N/A | N/A | Personal Injury |
| 82 | Rodriguez, Yesenia | NY | USA | N/A | N/A | N/A | Personal Injury |
| 83 | Sandella, Jeanine Messina | NY | USA | N/A | N/A | N/A | Personal Injury |
| 84 | Scavelli, Guy | NY | USA | N/A | N/A | N/A | Personal Injury |
| 85 | Schmidt, Gregory | NY | USA | N/A | N/A | N/A | Personal Injury |
| 86 | Sheehan, David | NY | USA | N/A | N/A | N/A | Personal Injury |
| 87 | Signa, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 88 | Slevin, Brian | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 89 | Smith, George | FL | USA | N/A | N/A | N/A | Personal Injury |
| 90 | Sotomayor, Eric | NY | USA | N/A | N/A | N/A | Personal Injury |
| 91 | Steinhauer, Dave | NY | USA | N/A | N/A | N/A | Personal Injury |
| 92 | Strack, Harry | NY | USA | N/A | N/A | N/A | Personal Injury |
| 93 | Tisbe, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 94 | Tisdall, Lawrence | NY | USA | N/A | N/A | N/A | Personal Injury |
| 95 | Wheatley, Donald | NC | USA | N/A | N/A | N/A | Personal Injury |
| 96 | Whittaker, Bruce | CT | USA | N/A | N/A | N/A | Personal Injury |
| 97 | Winston, Candra | NY | USA | N/A | N/A | N/A | Personal Injury |
| 98 | Wisdom, James | NY | USA | N/A | N/A | N/A | Personal Injury |
| 99 | Witman, Mary | NY | USA | N/A | N/A | N/A | Personal Injury |
| 100 | Zayas, Peter | NY | USA | N/A | N/A | N/A | Personal Injury |